JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.  2:20-cr-296-GMN-VCF |
| vs. | **Motion to Dismiss the Indictment only as to Defendant Thomas Joseph Becker** |
| THOMAS JOSEPH BECKER, | |
| Defendant. | |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed October 27, 2020, *see* ECF No. 1, against defendant Thomas Joseph Becker.[1] On November 9, 2022, the United States received a copy of Becker's Certificate of Death from the Nevada Department of Health and Human Services, stating that Becker died on September 14, 2022. Accordingly, the United States respectfully requests that the Criminal Indictment against only defendant Becker be dismissed.

/ / /

/ / /

---

[1] For the reason set forth in this motion, the United States seeks to dismiss the indictment against defendant Becker only. The United States is not moving to dismiss the indictment against co-defendant John Frank Thomas, III.

1 | Respectfully submitted this 9th day of November, 2022.

JASON M. FRIERSON
United States Attorney

*s/ Jim W. Fang*
JIM W. FANG
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THOMAS JOSEPH BECKER,<br><br>　　　　　Defendant. | Case No.  2:20-cr-296-GMN-VCF<br><br>**[Proposed] Order Granting Motion to Dismiss Indictment as to Defendant Thomas Joseph Becker** |

　　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses the Indictment in the above-captioned matter as to Defendant Thomas Joseph Becker only.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　 _s/ Jim W. Fang_
　　　　　　　　　　　　　　　　　　JIM W. FANG
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　Leave of Court is hereby granted for the filing of the above dismissal of the Indictment as to Defendant Dominique Dashon McGuire in the above-captioned matter under Rule 48(a).

　　　DATED this __14__ day of ___November___, 2022,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3