JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS JOSEPH BECKER,<br><br>  Defendant. | Case No.  2:20-cr-296-GMN-VCF<br><br>**Motion to Dismiss the Indictment only as to Defendant Thomas Joseph Becker** |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed October 27, 2020, *see* ECF No. 1, against defendant Thomas Joseph Becker.[1] On November 9, 2022, the United States received a copy of Becker's Certificate of Death from the Nevada Department of Health and Human Services, stating that Becker died on September 14, 2022. Accordingly, the United States respectfully requests that the Criminal Indictment against only defendant Becker be dismissed.

/ / /

/ / /

---

[1] For the reason set forth in this motion, the United States seeks to dismiss the indictment against defendant Becker only. The United States is not moving to dismiss the indictment against co-defendant John Frank Thomas, III.

1 | Respectfully submitted this 9th day of November, 2022.

2 | JASON M. FRIERSON
3 | United States Attorney

4 | *s/ Jim W. Fang*
JIM W. FANG
5 | Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>THOMAS JOSEPH BECKER,<br><br>                    Defendant. | Case No.  2:20-cr-296-GMN-VCF<br><br>**Order Granting Motion to Dismiss Indictment as to Defendant Thomas Joseph Becker** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses the Indictment in the above-captioned matter as to Defendant Thomas Joseph Becker only.

                                                                    Respectfully submitted,

                                                                    JASON M. FRIERSON
                                                                    United States Attorney

                                                                     *s/ Jim W. Fang*
                                                                    JIM W. FANG
                                                                    Assistant United States Attorney

Leave of Court is hereby granted for the filing of the above dismissal of the Indictment as to Defendant Thomas Joseph Becker in the above-captioned matter under Rule 48(a).

DATED this __15__ day of ___November___, 2022,

                                                                    _____
                                                                    HONORABLE GLORIA M. NAVARRO
                                                                    UNITED STATES DISTRICT JUDGE